UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FRANCISCO BURROUGHS                                                                                                    PLAINTIFF

v.                                                                                             CIVIL ACTION NO. 3:23-cv-389-DPJ-FKB

AMARA BATISTE; JNJ EXPRESS, INC.;
and JOHN DOES 1-10                                                                                                  DEFENDANTS

## NOTICE OF REMOVAL

TO:   Deshun T. Martin, Esq. (MSB# 101526)
      Vaterria M. Martin, Esq. (MSB# 101235)
      *Martin & Martin, P.A.*
      228 East Capitol Street
      Jackson, Mississippi 39201

      Zack Wallace, Clerk
      Hinds County Circuit Court
      Post Office Box 327
      Jackson, Mississippi 39205

JNJ Express, Inc. ("JNJ" or "Defendant") by and through counsel, files its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and in support of this removal, Defendant respectfully submits as follows:

1.   Plaintiff filed his Complaint on or about February 8, 2023, in the First Judicial District of the Circuit Court of Hinds County, Mississippi. The Complaint was docketed in that court as *Francisco Burroughs v. Amara Batiste; JNJ Express, Inc.; and John Does 1-10,* Cause No. 23-93. *Exhibit A – State Court Record.*

2.   The Plaintiff's complaint is of a civil nature at law brought by the Plaintiff which seeks to recover damages alleged to have been suffered as a result of the negligence of Defendant's

1

employed driver, Amara Batiste ("Batiste"). *See Exhibit "A," Complaint*, at ¶ 8. At the time of this filing, Batiste has not been served with process.

3. This matter was previously removed to this Court on February 28, 2023 and assigned Civil Action No. 3:23-150-CWR-FKB.

4. On June 15, 2023, this Court issued a *sua sponte* order of remand, stating the factual allegations contained in the Defendant's notice of removal were "not enough to establish jurisdiction." *Order of Remand,* No. 3:23-150-CWR-FKB, ECF Doc. 22, at p.1. The Court's Order was without prejudice to allow for subsequent removal upon the attachment of "other paper" sufficient to satisfy 28 U.S.C. § 1332(d)(7). *Id.*

5. Defendant is timely removing this matter with the subsequent "other paper" attached.

### *Removal is Based on Diversity Jurisdiction*

6. Citizenship of the parties is determined as of the time the Complaint is filed. *Grupo Dataflux v. Atlas Global Group, L.P.*, 41 U.S. 567, 571. (2004).

7. Plaintiff is, according to the allegations of the complaint, an adult resident citizen of Mississippi. *See Ex. A, Complaint*, ¶ 1.

8. Defendant JNJ is a foreign corporation organized in the state of Tennessee with its principal place of business located in Tennessee. *See Ex. A, Complaint*, at ¶ 2.

9. Defendant Batiste is an adult resident citizen of the state of the state of Texas. *See Ex. A, Complaint*, at ¶ 3.

10. Therefore, according to the allegations of the Complaint, this controversy is wholly between Plaintiff, a citizen of Mississippi, and Defendants, a corporate citizen of Tennessee and a

an adult citizen of Texas. There is complete diversity of citizenship between the Plaintiff and the Defendant. See *28 U.S.C. § 1332*.

### *Amount in Controversy*

11. The Plaintiff's Complaint seeks damages arising out of an August 3, 2022 accident which allegedly resulted in injuries to Plaintiff. According to this Court's order of remand on June 15, 2023, the amount in controversy is not "facially apparent" from the Complaint. *Order of Remand,* No. 3:23-150-CWR-FKB, ECF Doc. 22, at p.1.

12. On June 19, 2023, Defendant received responses to Requests for Admission which addressed, *inter alia,* the federal amount in controversy requirement of 28 U.S.C. § 1332. *Exhibit B, Responses to Requests for Admission.* In response, Plaintiff explicitly admitted the amount in controversy in this matter exceeds $75,000.00 exclusive of interest and costs. *Ex. B.*

13. Case law indicates "when a plaintiff fails to admit or stipulate that he will not accept more than $75,000 in damages, a federal court may deem that failure to be sufficient proof that the amount in controversy exceeds $75,000 and that the federal diversity jurisdictional amount is therefore satisfied." *Singh v. B4B Truck, Inc.,* 2021 WL 1030998 (S.D. Miss. Mar. 17, 2021). *See also, Easley v. Lowe's Home Ctrs., Inc.,* 2007 WL 2127281 *2 (N.D. Miss. July 23, 2007); *Holmes v. Citifinancial Mortg. Co.,* 436 F.Supp.2d 829 (N.D. Miss. 2006); *Fields v. Household Bank*, 280 F.Supp.2d 530, 532 (N.D. Miss. 2003); *Blount v. Hardcastle*, 2006 WL 278567 (N.D. Miss. Jan. 5, 2006).

14. Therefore, Plaintiff's responses to the Defendant's requests for admission can therefore serve as the "other paper" requirement of 28 U.S.C. § 1446(b) to establish that the amount-in-controversy is satisfied. *Bosky v. Kroger Texas, LP,* 288 F.3d 208 (5th Cir. 2002).

15. Therefore, pursuant to the provisions of 28 U.S.C. § 1441 *et seq.*, this civil action is removable by the Defendant since the amount in controversy requirement is satisfied.

### *Timeliness of Removal*

16. Responses to Defendant's requests for admission were received on June 19, 2023. *Ex. B.*

17. This Notice of Removal, therefore, is timely filed under 28 U.S.C. §1446(b)(1) within thirty (30) days after the receipt of an "other paper" sufficient to show this matter exceeds the federal jurisdictional minimum.

18. Batiste has not been served. Therefore, there are no other joined and served defendants who must consent to this removal at this time.

By filing this Notice of Removal, Defendant gives notice to Plaintiff and the clerk of the Circuit Court of Hinds County, Mississippi, together with the exhibits thereto, all in compliance with Title 28 U.S.C. 1446(d).

THIS the 19th day of June, 2023.

Respectfully submitted,

JNJ Express, Inc.

By Its Attorneys,

DunbarMonroe, PLLC

*/s/ David C. Dunbar*
David C. Dunbar
Christopher G. Dunnells

OF COUNSEL:

David C. Dunbar (MSB #6227)
Christopher G. Dunnells (MSB #105029)
DunbarMonroe, PLLC
270 Trace Colony Park, Suite A
Ridgeland, MS 39157
(601)898-2073 Office
(601)898-2074 Facsimile
Email: dcdunbar@dunbarmonroe.com
         cdunnells@dunbarmonroe.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day filed the Notice of Removal with the Court's electronic case filing system and that upon the filing of the Notice, I have served a true and correct copy of same to:

Deshaun T. Martin, Esq. (MSB No. 101526)
Vaterria M. Martin, Esq. (MSB No. 101235)
*Martin and Martin, P.A.*
228 East Capitol Street
Jackson, Mississippi 39201
*Attorneys for Plaintiff*

Zack Wallace, Clerk
Hinds County Circuit Court
Post Office Box 327
Jackson, Mississippi 39205

THIS the 19th day of June, 2023.

                                        */s/ David C. Dunbar*
                                        David C. Dunbar
                                        Christopher G. Dunnells