IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**FRANCISCO BURROUGHS**                                                            **PLAINTIFF**

**V.**                                                     **CAUSE NO. 3:23-CV-389-CWR-ASH**

**AMARA BATISTE, et al.**                                                 **DEFENDANTS**

**ORDER**

On October 16, 2023, the Magistrate Judge entered an Order, Docket No. 15, allowing Deshun T. Martin, Vaterria M. Martin, and Martin and Martin, PA to withdraw from representation of Plaintiff. In that Order, the Magistrate Judge instructed the Plaintiff to notify the Court, in writing before November 15, 2023, of his election to employ private counsel or to proceed *pro se*. *Id.*

November 15, 2023 came and went without any response.

On February 5, 2024, the Magistrate Judge again entered an Order, Docket No. 19, giving the Plaintiff yet another opportunity, until March 1, 2024, to notify the Court, in writing, of his election to employ private counsel or to proceed *pro se*. That Order advised that Plaintiff that failure to comply with the order will result in a dismissal of the case for failure to prosecute. *Id.*

As of the date of this order, the Plaintiff still has not notified the Court of his election.

The Court cannot adjudicate a case without the Plaintiff's active participation. Given the Magistrate Judge's Orders and the lack of a response, it is appropriate to dismiss this case without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–33 (1962). A separate Final Judgment shall issue this day.

**SO ORDERED**, this the 5th day of March, 2024.

                                                                              s/ Carlton W. Reeves
                                                                              UNITED STATES DISTRICT JUDGE