IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**FRANCISCO BURROUGHS**                                         **PLAINTIFF**

**V.**                                              **CAUSE NO. 3:23-CV-389-CWR-ASH**

**AMARA BATISTE, et al.**                                       **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 21, this case is dismissed without prejudice and closed on the Court's docket.

**SO ORDERED**, this the 5th day of March, 2024.

                                                  s/ Carlton W. Reeves
                                                  UNITED STATES DISTRICT JUDGE